USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: November 17, 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **NAMEL NORRIS,** | |
| **Plaintiff,** | |
| -against- | **19-cv-11485 (ALC)** |
| **OPTION RESTAURANT CORP. and 766 NINTH CORP.,** | **ORDER OF DISCONTINUANCE** |
| **Defendants.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:    November 17, 2021
              New York, New York

                                                      **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**